AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

SERIES INTERNATIONAL, LLC; and
SERIES, LLC,

*Plaintiff(s)*

v.

DUCHARME SEATING INTERNATIONAL (1991)
INC. d/b/a DUCHARME SEATING,

*Defendant(s)*

CASE NO: 17-cv-20741-MORENO/O'Sullivan

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SIEGES DUCHARME INTERNATIONAL (1991) INC.
DUCHARME SEATING INTERNATIONAL (1991) INC.
9275 rue le Royer
Saint-Léonard, Québec
Canada H1P 3H7

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Feldman, Esq. or David M. Stahl Esq.
Cozen O'Connor
One Biscayne Tower, 30th Floor
2 S Biscayne Blvd.
Miami, FL 33131
Tel: 305-358-5001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Feb 24, 2017

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court